ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE RUST
KATHRINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ALEXANDRE DEMPSEY
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1301 New York Avenue, NW
Washington, D.C. 20530

Attorneys for Plaintiff
United States of America

**FILED**
Nov 7, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA WILLIAMSON,<br><br>Defendant. | CASE NO. 2:25-cr-0258 TLN<br><br>PETITION TO SEAL INDICTMENT |

On November 6, 2025, the United States of America (the "government") presented to the grand jury now in session in the City of Sacramento, California, one proposed indictment charging the defendant with violations of 18 U.S.C. § 1349, 18 U.S.C. § 1344, 18 U.S.C. § 1343, 18 U.S.C. § 371, 26 U.S.C. § 7206 and 18 U.S.C. § 1001(a)(2). The grand jury returned this indictment to the Court today. The extent and details of the defendant's case are not fully known to her, and her case is related to other investigations which are neither public nor known or fully known to all of the subjects and targets of those investigations. Agents plan to conduct several investigatory steps in the near future

which would benefit from Williamson and the other subjects continuing to be unaware of the existence, nature, and extent of the case against Williamson. There is reason to believe that alerting Williamson and the subjects of the related investigations to the case filed against Williamson and the contents of the filed documents, at this juncture, would seriously jeopardize the investigations, including by giving her and others an opportunity to destroy or tamper with evidence, change patterns of behavior, and tamper with potential witnesses. Accordingly, the government respectfully requests that the Court exercise its authority under Rule 6(e)(4) of the Federal Rules of Criminal Procedure and order that the indictment, the government's request to seal, and the Order to Seal be sealed until the defendant is arrested or until further order of the Court.

Dated: November 6, 2025

ERIC GRANT
United States Attorney

By: _____
MICHAEL D. ANDERSON
ROSANNE RUST
KATHERINE T. LYDON
Assistant United States Attorneys