ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE RUST
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ALEXANDRE DEMPSEY
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1301 New York Avenue, NW
Washington, D.C. 20530

Attorneys for Plaintiff
United States of America

**FILED**
Nov 7, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DANA WILLIAMSON,<br><br>            Defendant. | CASE NO. 2:25-cr-0258 TLN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' request to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person,

///

///

///

[PROPOSED] SEALING ORDER                                    1

until the defendant is arrested or unless otherwise ordered by the Court.

Dated:  November 7, 2025

*/s/ Carolyn K. Delaney*
THE HONORABLE Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER

2