MCGREGOR W. SCOTT (Bar No. 142413)
mscott@kslaw.com
MATTHEW ROWAN (Bar No. 336198)
mrowan@kslaw.com
KING & SPALDING LLP
621 Capital Mall, Suite 1500
Sacramento, CA 95814
Telephone:   +1 916 321-4800
Facsimile:    +1 916 321-4900

*Attorneys for Defendant*
DANA WILLIAMSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DANA WILLIAMSON,<br><br>            Defendant. | Case No. 2:25-CR-00258-TLN<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT ORDER TO SECURE DEFENDANT'S UNSECURED BOND** |

WHEREAS, the Plaintiff United States of America and Defendant Dana Williamson have conferred about the Minutes for Initial Appearance and Arraignment (ECF No. 7) ("Initial Appearance") and Court order for the Defendant to be released on pretrial conditions and on a $500,000 unsecured bond to be secured by property no later than 5:00 p.m. on November 26, 2025;

WHEREAS, the Defendant has made good faith efforts to secure the $500,000 unsecured bond with property since the Court's Order;

WHEREAS, the Parties have negotiated the deadline to secure the $500,000 unsecured bond with property to be set for December 5, 2025, at 5:00 p.m.;

1    THEREFORE, the foregoing negotiated deadline shall apply in lieu of that set by the
2  Court's order at the Initial Appearance.
3  Respectfully submitted,

4

5  DATED: November 25, 2025          /s/ McGregor W. Scott
                                      MCGREGOR W. SCOTT
6                                     Attorney for Defendant
                                      DANA WILLIAMSON
7

8  DATED: Novemeber 25, 2025          /s/ Katherine Lydon
9                                     KATHERINE LYDON
                                      Attorney for Plaintiff
10                                    UNITED STATES OF AMERICA

11

12         **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

13

14

15  DATED:_____
                                      _____
16                                    HON. CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT ORDER TO SECURE DEFENDANT'S UNSECURED BOND

Case No. 2:25-CR-00258-TLN