MCGREGOR W. SCOTT (Bar No. 142413)
*mscott@kslaw.com*
MATTHEW ROWAN (Bar No. 336198)
*mrowan@kslaw.com*
KING & SPALDING LLP
621 Capital Mall, Suite 1500
Sacramento, CA 95814
Telephone:    +1 916 321-4800
Facsimile:    +1 916 321-4900

*Attorneys for Defendant*
DANA WILLIAMSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00258-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY THE COURT ORDER TO SECURE DEFENDANT'S UNSECURED BOND** |
| DANA WILLIAMSON, | |
| Defendant. | |

WHEREAS, the Plaintiff United States of America and Defendant Dana Williamson have conferred about the Minutes for Initial Appearance and Arraignment (ECF No. 7) ("Initial Appearance") and Court order for the Defendant to be released on pretrial conditions and on a $500,000 unsecured bond to be secured by property no later than 5:00 p.m. on November 26, 2025;

WHEREAS, the Defendant has made good faith efforts to secure the $500,000 unsecured bond with property since the Court's Order;

WHEREAS, the Parties have negotiated the deadline to secure the $500,000 unsecured bond with property to be set for December 5, 2025, at 5:00 p.m.;

THEREFORE, the foregoing negotiated deadline shall apply in lieu of that set by the

King & Spalding LLP
621 Capital Mall
Suite 1500
Sacramento, CA 95814

1    Court's order at the Initial Appearance.

2    Respectfully submitted,

3

4    DATED:_____11/25/2025_____          /s/ McGregor W. Scott_____

5                                        MCGREGOR W. SCOTT
                                         Attorney for Defendant
6                                        DANA WILLIAMSON

7

     DATED:_____11/25/2025_____          /s/ Katherine Lydon_____
8
                                         KATHERINE LYDON
9                                        Attorney for Plaintiff
                                         UNITED STATES OF AMERICA
10

11          **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

12

13
     Dated:  November 25, 2025
14
                                         _____
15                                       CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28