**STATEMENT OF COREY AMUNDSON PURSUANT TO RULE 1.11 OF
THE DISTRICT OF COLUMBIA RULES OF PROFESSIONAL CONDUCT**

I, Corey Amundson, have been employed by the U.S. Department of Justice, Public Integrity Section, Criminal Division ("DOJ"), and will become a partner in the law firm King & Spalding LLP, in its office at 1700 Pennsylvania Avenue, NW, Suite 200, Washington, D.C. 20006-4707.

While serving as Chief of the Public Integrity Section, my office, in partnership with the U.S. Attorney's Office for the Eastern District of California and the Federal Bureau of Investigation, handled a confidential criminal matter in which King & Spalding represents Grace Public Affairs LLC ("GPA LLC"). The matter gave rise to several federal criminal cases. *See United States v. Dana Williamson* (EDCA), *United States v. Greg Campbell* (EDCA), and *United States v. Sean McCluskie* (EDCA). Since my involvement in the matter was personal and substantial, I am personally disqualified from representing GPA LLC in the matter pursuant to Rule 1.11 of the District of Columbia Rules of Professional Conduct.  However, King & Spalding will continue to represent GPA LLC in the case, and it may properly do so under subsections (b), (c), and (d) of Rule 1.11 because:

1. King & Spalding and I have agreed that I shall be timely screened from any form of participation in the matters on which I worked personally and substantially and from sharing in any fees resulting therefrom, and I shall observe those requirements.

2. I attest that, during the period of my disqualification, I shall not participate in any manner in the matters on which I worked personally and substantially and shall not discuss them with any partner, associate, or of counsel lawyer of King & Spalding; and I shall not share in any fees for them.

3. McGregor Scott, a partner in King & Spalding, is submitting his Statement pursuant to Rule 1.11 of the District of Columbia Rules of Professional Conduct, attesting that all affiliated King & Spalding lawyers are aware of the requirement that I will be subject to the precautionary steps set out herein.

I also shall not use, disclose, or use to the detriment of the government or parties to any matter, or benefit of anyone, any confidence or secret obtained while working on the matter at DOJ.

Under Rule 1.11 and the Department of Justice's pertinent interpretations, I will be permitted to represent GPA LLC in matters other than those on which I personally and substantially worked.

My statement and the statement of Mr. Scott are being submitted to DOJ and served on each party to the cases cited above.

Dated: Washington, D.C.
January 21, 2026

*Corey Amundson*
—————————————————————
Corey Amundson