ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>DANA WILLIAMSON,<br><br>                    Defendant. | CASE NO.  2:25-CR-258 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 30, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 30, 2026.

2.      By this stipulation, defendant now moves to continue the status conference until May 14, 2026, and to exclude time between April 30, 2026, and May 14, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The discovery associated with this case is quite voluminous.   The material produced thus far includes 287,830 pages of discovery as well as electronic devices/accounts made available for inspection.   The discovery comprises tax records, bank records, invoices, reports, audio and video recordings, text messages, emails, and other communications, as well as

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

additional material.  This material has been produced directly to counsel and/or made available for inspection.

b)    The defense is reviewing the discovery and the charges in the case and is engaged in discussions with the government regarding the status of the case.

c)    Counsel for defendant desires approximately two weeks of additional time to review discovery, conduct research and investigation related to the current charges, to confer with his client, and otherwise prepare.  Over the course of the next two weeks, defense counsel intends to review targeted aspects of the discovery and to coordinate and prepare with the defendant.  Defense counsel and the defendant require additional time to conduct this investigation and preparation.

d)    The parties are engaged in active discussions toward resolving the case.  If a plea agreement is not reached by the May 14, 2026 status conference, the parties intend to request at that status conference that the case be set for jury trial.

e)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)    The government does not object to the continuance.

g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 30, 2026 to May 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

must commence.

IT IS SO STIPULATED.


Dated:  April 27, 2026                              ERIC GRANT
                                                    United States Attorney


                                                    /s/ KATHERINE T. LYDON
                                                    KATHERINE T. LYDON
                                                    Assistant United States Attorney


Dated:  April 27, 2026                              /s/ MCGREGOR SCOTT
                                                    MCGREGOR SCOTT
                                                    Counsel for Defendant
                                                    DANA WILLIAMSON


## ORDER

IT IS SO FOUND AND ORDERED this 27th day of April, 2026.


_____
Troy L. Nunley
Chief United States District Judge


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3