ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA WILLIAMSON,<br><br>Defendant. | CASE NO. 2:25-cr-258 TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING; ORDER<br><br>DATE: September 24, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. On May 14, 2026, the defendant pleaded guilty to Counts 1, 22, and 23 of the Indictment. ECF 33. This Court set Judgment and Sentencing for September 17, 2026.

2. On September 15, 2026, this Court vacated Judgment and Sentencing and set the matter for a status conference regarding sentencing on September 24, 2026. ECF 43 at 4. This Court also ordered the parties to meet and confer in advance of the status conference. ECF 43 at 4.

3. Since the order, the parties met and conferred in person and are in communications regarding the defendant's evolving medical situation. The government also is conferring with the Bureau of Prisons to identify facilities that can provide the defendant with the care needed to address her

medical issues, and defense counsel is evaluating the impact of the defendant's unstable health on sentencing. The government is seeking a HIPAA waiver from the defendant, which the government submits is needed for it to acquire complete medical documentation to understand the defendant's health issues as they relate to the sentencing date. Defense counsel asserts that he has timely provided relevant medical records to the government to date.

4. To allow the parties sufficient time to gather the information necessary to present this Court with their respective positions on an appropriate sentencing date, the parties jointly request that this Court continue the status conference regarding sentencing to October 8, 2026.

IT IS SO STIPULATED.

Dated: September 23, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorney

Dated: September 23, 2026

/s/ MCGREGOR W. SCOTT
MCGREGOR W. SCOTT
MATTHEW B. ROWAN
Counsel for Defendant
DANA WILLIAMSON

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of September, 2026.

Troy L. Nunley
Chief United States District Judge